ACCEPTED
03-15-00745-CV
8287318
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 2:38:40 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00745-CV

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/17/2015 2:38:40 PM

JEFFREY D. KYLE
Clerk

On Appeal from the 126th District Court
Travis County, Texas
Trial Court Case No. D-1-GN-14-003482

CONTINENTAL HOMES OF TEXAS, LP
*Appellant*

V.

SCOFIELD VILLAS CONDOMINIUM COMMUNITY, INC.
*Appellee*

# APPELLANT CONTINENTAL HOMES OF TEXAS, LP'S MOTION TO VOLUNTARILY DISMISS APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant Continental Homes of Texas LP, and files this Motion to Voluntarily Dismiss Appeal and would respectfully show the Court the following:

## I.

Appellant Continental Homes of Texas, LP respectfully asks the Court to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). Appellant no longer desires to pursue this accelerated appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant Continental Homes of Texas, LP prays that the Court grants this Motion to Voluntarily Dismiss Appeal.

Respectfully submitted,

RYAN & DAWSON

*/s/ Justin Hodge*

Carl Dawson
SBN 05599100
cdawson@rdlaw.com
Justin Hodge
SBN 24054036
jhodge@rdlaw.com
770 South Post Oak Ln., Ste. 550
Houston, Texas 77056
(713) 960-1555
(713) 960-8491 (Fax)
ATTORNEYS FOR APPELLANT

2

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Appellee's counsel and that Appellee is unopposed to this motion.

*/s/ Justin Hodge*

Justin Hodge

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record and pro se parties in accordance with the Texas Rules of Civil Procedure on December 17, 2015, by serving the following:

R. Christopher Rhody and Trevor L. Cofer, McKenzie Rhody, LLC, 222 Las Colinas Blvd W., Suite 1955N, Irving, Texas 75039 *via email*

C. Thomas Valentine, Daw & Ray, 5718 Westheimer, Suite 1750, Houston, Texas 77057 *via email*

Rob D. Holcomb, Knolle, Holcomb, Kothman, & Callahan, Lakewood on the Park, 7600 North Capital of Texas Highway, Building B, Suite 110, Austin, Texas 78731 *via email*

Lyndon Laird, Whitaker Chalk Swindle & Schwartz PLLC, 301 Commerce Street, Suite 3500, Fort Worth, Texas 76102-4135 *via email*

John F. Deas, Law Offices of Kilpatrick, White, & Deas, 9601 McAllister Freeway, Suite 220, San Antonio, Texas 78216 *via email*

David E. Chamberlain, Chamberlain McHaney, 301 Congress Avenue, 21st Floor, Austin, Texas 78701 *via email*

J. Todd Key, David L. Plaut, Hanna & Plaut, LLP, 211 E. Seventh St, Suite 6000, Austin, TX 78701 *via email*

Deborah G. Clark, Clark & Clark, 3624 North Hills Drive, Suite 205A, Austin, Texas 78731 *via email*

William R. Moye, Molly L. Pela, Thompson, Coe, Cousins, & Irons, LLP, One Riverway, Suite 1400 Houston, Texas 77056 *via email*

*/s/ **Justin Hodge***

Justin Hodge